1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GEORGE JONES, an individual,

        Plaintiff,

   v.

GOLDEN SOCAL INVESTMENTS, LLC, a California Limited Liability Company; and Does 1-10,

        Defendants.

Case No.: 2:20-cv-11077-JLS-E

**ORDER FOR DISMISSAL WITH PREJUDICE**

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant Golden SoCal Investments, LLC, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  <u>March 29, 2021</u>

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE